[No. 12543-2-III.    Division Three.    October 4, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. YATES
PATRICK ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-02139-3, Thomas E. Merryman, J., entered June 26, 1992. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 11991-2-III.    Division Three.    October 6, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. REFUGIO
GARZA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 91-1-00203-0, Jerry M. Moberg, J., entered September 27, 1991. *Reversed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 17930-0-II.    Division Two.    October 7, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. ROBERT
SCOTT HUGHES, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 93-1-01068-1, Barbara D. Johnson, J., entered January 18, 1994. *Reversed* by unpublished per curiam opinion.

[Nos. 15587-7-II; 17018-3-II;    Division Two.    October 7, 1994.]
  17669-6-II.

MARYANNA J. MORRIS, *Appellant*, v. JAMES J. MORRIS,
*Respondent.*

Appeals from judgments of the Superior Court for Pierce County, No. 86-3-04287-2, Nile E. Aubrey, J., entered November 22, 1991, March 2, 1993, and October 22, 1993. *Reversed in part* and *affirmed in part* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.